**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILTON MINCY,** | : | **CIVIL ACTION NO. 1:05-CV-0292** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **KENNETH G. CHMIELEWSKI, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 7th day of September, 2005, upon consideration of plaintiff's motion to correct the record (Doc. 38), requesting that the third amended complaint be redocketed as a "second amended complaint," and it appearing that characterizing plaintiff's most recent pleading as the third amended complaint will not prejudice any of the parties to this case,[1] it is hereby ORDERED that the motion is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] An apparent exhibit filed by plaintiff was docketed as the second amended complaint. (See Doc. 14).