# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON MINCY,** | : | **CIVIL ACTION NO. 1:05-CV-0292** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **KENNETH G. CHMIELEWESKI, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of November 2005, upon consideration of the pleadings in above-captioned case, it is hereby ORDERED that:

1. The pre-trial schedule in the above-captioned case shall be as follows:

    a. Discovery shall be completed on or before March 19, 2006.

    b. Dispositive motions shall be filed on or before April 19, 2006.

    c. Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

2. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

3. No extensions of the pre-trial schedule shall be granted absent good cause.  See FED. R. CIV. P. 16(b)

                               S/ Christopher C. Conner  
                               CHRISTOPHER C. CONNER  
                               United States District Judge