**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HILTON MINCY, | : | CIVIL ACTION NO. 1:05-CV-0292 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| KENNETH G.  CHMIELEWSKI, | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 10th day of August, 2006, upon consideration of defendants'

motion to strike (Doc. 114) the deposition upon written questions of defendant

David Breiner, and it appearing that plaintiff has failed to oppose the motion[1], see

L.R. 7.6 ("Any party opposing any motion shall file a responsive brief. . . . [or] shall

be deemed not to oppose such motion."), it is hereby ORDERED that the motion

(Doc. 114) is GRANTED.  The deposition upon written questions (See Doc. 115-2) is

hereby STRICKEN.

　S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1]Although docket entry 118 is entitled "Brief in opposition to motion to
strike" the document found at that entry is plaintiff's brief in support of his pending
motion for reconsideration.  There is no brief in opposition of record.