## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON MINCY,** | : | **CIVIL ACTION NO. 1:05-CV-0292** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **KENNETH G.  CHMIELEWSKI,** | : | |
| **et al.,** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 25th day of October, 2006, upon consideration of plaintiff's

motion for reconsideration (Doc. 116) of the order of court denying the motion for

consolidation/joinder of trials (Doc. 113), and it appearing that plaintiff merely

reargues matters addressed by the court and disposed of in the previous order (Doc.

113), see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.)("A

motion for reconsideration is not to be used to reargue matters already argued and

disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994), it is hereby ORDERED that

plaintiff's motion for reconsideration (Doc. 116) is DENIED.


　S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge